EHRHARDT v. STATE.

(Court of Criminal Appeals of Texas. Jan. 11, 1911.)

CRIMINAL LAW (§ 1090*)—RECORD—BILL OF EXCEPTIONS.

Where a record contains no statement of facts or bills of exceptions, and the only ground of a motion for new trial is that the verdict is contrary to law and the evidence, there is no reviewable error.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2803–2827, 2927, 2928; Dec. Dig. § 1090.*]

Appeal from Tarrant County Court; John L. Terrell, Judge.

Otto Ehrhardt was convicted of crime, and he appeals. Affirmed.

John A. Mobley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. The record is before us without a statement of facts or bills of exception, and the only ground of the motion for a new trial is that the verdict of the jury is contrary to the law and the evidence. In the absence of statement of facts, this court cannot revise the alleged error.

The judgment is therefore affirmed.

PRENDERGAST, J., not sitting.